1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE  Bar No. 102181
2  bruce.celebrezze@sdma.com
   MICHELLE Y. MAGSAYSAY  Bar No. 215294
3  michelle.magsaysay@sdma.com
   One Market Plaza
4  Steuart Tower, 8th Floor
   San Francisco, California 94105
5  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
6
   Attorneys for Defendant
7  HARTFORD LIFE INSURANCE COMPANY

8  WILLIAM A. RESNECK ATTORNEY AT LAW
   WILLIAM A. RESNECK, Bar No. 48535
9  waresneck@aol.com
   Two Theatre Square, Suite 234
10 Orinda, California 94563
   Telephone: (925) 253-0500
11
   Attorneys for Plaintiff
12 LANI OWYOUNG

13                    UNITED STATES DISTRICT COURT
14
                      NORTHERN DISTRICT OF CALIFORNIA
15

16 | LANI OWYOUNG,                          | CASE NO.  C 11-00170 EMC
17 |        Plaintiff,                      | STIPULATION TO EXTEND TIME FOR
   |                                        | DEFENDANT TO RESPOND TO
18 |   v.                                   | PLAINTIFF'S COMPLAINT  ; ORDER
19 | HARTFORD LIFE AND ACCIDENT             |
   | INSURANCE COMPANY,                     |
20 |                                        |
21 |        Defendant.                      |

SF/2080761v1                         -1-
STIPULATION TO EXTEND TIME FOR DEFENDANT
     TO RESPOND TO PLAINTIFF'S COMPLAINT

1   The parties, by and through their respective attorneys, hereby stipulate that defendant
2   Hartford Life and Accident Insurance Company shall have an extension until February 23, 2011,
3   within which to file its response to plaintiff's complaint.
4   IT IS SO STIPULATED.

5   DATED: February 7, 2011            SEDGWICK, DETERT, MORAN & ARNOLD LLP

7                                      By:   /s/ Michelle Y. Magsaysay
8                                            MICHELLE Y. MAGSAYSAY
                                             Attorneys for Defendants
9                                            HARTFORD LIFE AND ACCIDENT INSURANCE
                                             COMPANY

11  DATE:  February 7, 2011            WILLIAM A. RESNECK ATTORNEY AT LAW

14                                     By: /s/ William A. Resneck
                                            WILLIAM A. RESNECK
15                                          Attorneys for Plaintiff
                                            LANI OWYOUNG

17  IT IS SO ORDERED:

19  _____
    Edward M. Chen
20  U.S. Magistrate Judge

SF/2080761v1                           -2-
STIPULATION TO EXTEND TIME FOR DEFENDANT
TO RESPOND TO PLAINTIFF'S COMPLAINT