SEDGWICK LLP
BRUCE D. CELEBREZZE, SBN 102181
bruce.celebrezze@sedgwicklaw.com
MICHELLE Y. MAGSAYSAY, SBN 215294
michelle.magsaysay@sedgwicklaw.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

WILLIAM A. RESNECK, Bar No. 48535
waresneck@aol.com
Two Theatre Square, Suite 234
Orinda, California 94563
Telephone: (925) 253-0500

Attorneys for Plaintiff
LANI OWYOUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANI OWYOUNG,,<br><br>           Plaintiff,<br><br>     v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY<br><br>           Defendant. | CASE NO. CV 11-00170 SBA<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Lani Owyoung, and defendant Hartford Life And Accident Insurance Company through their respective attorneys of record herein, that this entire action shall be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party shall bear her or its own costs and attorneys' fees.

**IT IS SO STIPULATED:**

DATED:  May 12, 2011          Respectfully submitted,

SEDGWICK LLP

By: *s/ Michelle Y. Magsaysay*
MICHELLE Y. MAGSAYSAY
Attorneys For Defendant
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

DATED:  May 12, 2011          WILLIAM A. RESNECK ATTORNEY AT LAW

By: *s/ William A. Resneck*
WILLIAM A. RESNECK
Attorneys for Plaintiff
LANI OWYOUNG

### ORDER

Based upon the parties' stipulation, it is hereby ordered that this entire action is dismissed with prejudice, each party to bear her or its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: 5/12/11

HON. SAUNDRA B. ARMSTRONG

STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
[PROPOSED] ORDER